IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID HARRIS, ELGIA WILBORN, and
LATERRENCE BROWN                                                                PLAINTIFFS

v.                          Case No. 2:17-cv-00101 KGB

LARRY PORTER SEED, LLC and
LARRY PORTER                                                                    DEFENDANTS

## JUDGMENT

Before the Court is a joint notice of acceptance of offer of judgment by plaintiff LaTerrence Brown (Dkt. No. 10). The parties represent that Mr. Brown has accepted defendants Larry Porter Seed, LLC, and Larry Porter's offer of judgment dated January 3, 2018. The parties also represent that remaining plaintiffs David Harris and Elgia Wilborn have settled their claims against Larry Porter Seed, LLC, and Mr. Porter, thereby agreeing to dismiss those claims (Dkt. No. 18).

Pursuant to the joint notice of acceptance of offer of judgment and Federal Rule of Civil Procedure 68, judgment is hereby entered in favor of Mr. Brown and against Larry Porter Seed, LLC, and Larry Porter, in the amount of $800.00, inclusive of all attorney's fees and costs attributable to his claim.

So adjudged this 25th day of June, 2018.

_____
Kristine G. Baker
United States District Judge